UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 27738
    CARL E WILLIS JR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7254

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/16/2008 and was not confirmed.

      The case was dismissed without confirmation 01/08/2009.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF ORLAND PARK | SECURED | NOT FILED | .00 | .00 |
| STATE OF IL TOLL HGWY | SECURED | NOT FILED | .00 | .00 |
| COOK COUNTY STATES ATTOR | SECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | 9260.00 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 1342.86 | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | 183.61 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1117.31 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 502.97 | .00 | .00 |
| SPRINT | UNSECURED | 202.36 | .00 | .00 |
| NORTH STAR CAPITAL ACQ | UNSECURED | 1023.33 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 27738 CARL E WILLIS JR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 27738 CARL E WILLIS JR